GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant JUMP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-103 CRB |
|---|---|---|
| Plaintiff, | ) ) | **[PROPOSED] ORDER FOR RELEASE FROM CUSTODY TEMPORARY** |
| v. | ) ) | **RELEASE ON CONDITIONS PREVIOUSLY ESTABLISHED BY THE** |
| RICHARD JUMP, | ) ) | **COURT** |
| Defendant. | ) ) | Date:   April 27, 2012 Court: The Honorable Laurel Beeler |

The parties hereby stipulate and agree as follows:

1. The defendant appeared before Judge Laurel Beeler on April 23, 2012 for a proposed compassionate release for the upcoming weekend;

2. The circumstances of the compassionate release are the sudden death of Mr. Jump's daughter last week. He had appeared on April 23, 2012 requesting permission to attend his daughter's wake and funeral;

3. At the April 23, 2012 hearing, the parties stipulated to release on conditions established on a standard issue bond form, filed and signed by this Court on April 23, 2012;

4. Mr. Jump was ordered released by this Court on April 23, 2012 because at that time, the parties thought a state custodial hold was in place in Sonoma County.

12-103 CRB; Stipulation for Bail                    1

        Mr. Jump was subsequently released from Santa Rita the evening of April 23, as apparently there is no state hold in place. He then self-surrendered to the U.S. Marshal today, April 23, 2012 as directed by this Court, due to the fact that he was released earlier than the terms of the compassionate release provided;

5. Pursuant to the terms of the release ordered April 23, 2012, the parties now stipulate and request that the Court order Mr. Jump re-released on April 27, 2012, on the same terms and conditions and secured in the same manner as reflected on the April 23, 2012 bond and order previously signed by this Court.

IT IS SO STIPULATED.

Dated: April 24, 2012

                        _____/S/_____
                        ELIZABETH M. FALK
                        ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: April 24, 2012             _____/S/_____
                        KEVIN BARRY
                        ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the United States Marshal Service is hereby ordered to **release Mr. Jump from federal custody on Friday, April 27, 2012.** Mr. Jump is ordered to return to federal custody no later than **9:00 a.m. on Monday, April 30, 2012.**

**IT IS SO ORDERED**.

DATED: April 24, 2012                     _____
                                      LAUREL BEELER
                                      UNITED STATES MAGISTRATE JUDGE